**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: W.A.O., A MINOR | : | No. 268 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: W.R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: W.A.O., A MINOR | : | No. 269 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: W.R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: W.O., A MINOR | : | No. 270 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: W.R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: W.O., A MINOR | : | No. 271 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: W.R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: X.R., A MINOR | : | No. 272 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: W.R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: X.R., A MINOR | : | No. 273 EAL 2023 |
| | : | |
| | : | |
| PETITION OF: W.R., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

**ORDER**

**PER CURIAM**

**AND NOW**, this 19th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.